UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRI A. WEBBER, | Case No.  3:13-cv-05216-KLS |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge shall conduct a de novo hearing and obtain vocational expert evidence to address step 5.

//

//

//

//

Page 1    ORDER OF REMAND - [3:13-cv-05216-KLS]

Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 10th day of October, 2013.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE   WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3760
Fax: (206) 615-2531
mathew.w.pile@ssa.gov